Finding no error in the record, the judgment is affirmed.

---

## HOBSON v. STATE. (No. 10742.)

(Court of Criminal Appeals of Texas. Jan. 19, 1927.)

Criminal law ⬅️1144(½)—Regularity of proceeding is presumed, absent complaint, and conviction affirmed, where record contains neither statement of facts nor bill of exceptions.

Where record contains neither statement of facts nor bills of exception, and indictment charges offense, conviction will be affirmed; any proceeding being presumed legal in the absence of complaint.

Appeal from District Court, Bosque County; Irwin T. Ward, Judge.

Harvey Hobson was convicted of manufacturing intoxicating liquor, and he appeals. Affirmed.

Troy Deason, of Glen Rose, for appellant.

Sam D. Stinson, State's Atty., of Austin, and Robt. M. Lyles, Asst. State's Atty., of Groesbeck, for the State.

HAWKINS, J. Appeal is from a conviction for manufacturing intoxicating liquor, punishment being one year in the penitentiary.

The record contains neither statement of facts nor bills of exception. The indictment charges the offense. In the absence of complaint at any proceeding the regularity thereof must be presumed. Nothing is presented for review.

The judgment is affirmed.

---

## Harvey HOBSON v. STATE. (No. 10743.)

(Court of Criminal Appeals of Texas. Jan. 19, 1927.

Appeal from District Court, Bosque County; Irwin T. Ward, Judge.

Troy Deason, of Glen Rose, for appellant.

Sam D. Stinson, State's Atty., of Austin, and Robt. M. Lyles, Asst. State's Atty., of Groesbeck, for the State.

MORROW, P. J. The conviction is for the unlawful possession of equipment for the manufacture of intoxicating liquor; punishment fixed at confinement in the penitentiary for one year.

The record contains neither statement of facts nor bills of exceptions. The indictment is sufficient to charge the offense.

No error appearing, the judgment is affirmed.

---

## Harvey HOBSON v. STATE. (No. 10744.)

(Court of Criminal Appeals of Texas. Jan. 19, 1927.)

Appeal from District Court, Bosque County; Irwin T. Ward, Judge.

Troy Deason, of Glen Rose, for appellant.

Sam D. Stinson, State's Atty., of Austin, and Robt. M. Lyles, Asst. State's Atty., of Groesbeck, for the State.

MORROW, P. J. The conviction is for the unlawful possession of intoxicating liquor; punishment fixed at confinement in the penitiary for a period of one year.

The record is before us without statement of facts or bills of exceptions. The indictment is sufficient to charge the offense, and no fundamental error has been perceived.

The judgment is affirmed.